UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN SCHRADER, | ) | 1:07-CV-0106 LJO WMW HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME |
| BEN CURRY, Warden, | ) ) | (DOCUMENT #8, 10) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 29, 2007 and August 1, 2007, respondent filed a motion and application to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file its response.

IT IS SO ORDERED.

**Dated:   August 3, 2007**                         /s/  **William M. Wunderlich**
                                                                UNITED STATES MAGISTRATE JUDGE