IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SCHRADER, | 1:07-cv-00106-LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS |
| vs. | (DOCUMENT #14) |
| BEN CURRY, | THIRTY DAY DEADLINE |
| Respondent. / | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 19, 2007, petitioner filed a motion for extension of time to file opposition to respondent's Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file opposition to respondent's Motion to Dismiss.

IT IS SO ORDERED.

**Dated:   October 4, 2007**          /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE