UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SCHRADER, | 1: 07 CV 00106 LJO WMW HC |
| Petitioner, | ORDER REQUIRING PETITIONER TO FILE EXHIBITS |
| v. | |
| BEN CURRY, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  Petitioner is HEREBY ORDERED to file with the court and serve Respondents, within ten (10) days of the date of service of this order, the exhibits referred to in his petition.   Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:    October 24, 2008**           /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE