# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SCHRADER, | 1: 07 CV 00106 LJO WMW HC |
| Petitioner, | SECOND ORDER RE EXHIBITS |
| v. | |
| BEN CURRY, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 24, 2008, this court entered an order which provided in part as follows:

> Petitioner is HEREBY ORDERED to file with the court and serve Respondents, within ten (10) days of the date of service of this order, the exhibits referred to in his petition. Failure to comply with this order will result in the imposition of sanctions.

This order was served on Petitioner's Counsel of Record, Stephen Michael Defilippis. The ten days have now passed and the court has received no response from Petitioner.

1  On November 18, 2008, the undersigned's law clerk contacted the office of Counsel of
2  Record, and was informed that Counsel could not provide the court with the requested exhibits and
3  that Attorney Traci S. Mason was handling this case. The law clerk provided Counsel's staff with
4  her telephone number and requested that the number be forwarded to Ms. Mason.
5  Mr. Defilippis is reminded that as of the time of signing of this order, he remains Counsel
6  of Record in this case. It is incumbent upon Counsel to file a notice correcting the attorney
7  designated as Counsel of Record if such correction is required. Petitioner's Counsel is HEREBY
8  ORDERED to comply with the court's order of October 24, 2008, within fifteen (15) days of the date
9  of service of this order. Failure to comply with the present order will result in the imposition of
10 sanctions in the form of consideration of and decision on the pending motion to dismiss without
11 reference to the exhibits.

13 IT IS SO ORDERED.
14 **Dated:   November 19, 2008**               **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE